Case 06-05853    Doc 25    Filed 09/23/08    Entered 09/23/08 12:15:14    Desc    Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Powe, Addie M | Case Number: 06 B 05853 |
| | Judge: Squires, John H |
| Printed: 9/23/08 | Filed: 5/22/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: September 4, 2008
Confirmed: July 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 20,083.45 | |
| Secured: | | 0.00 |
| Unsecured: | | 15,100.74 |
| Priority: | | 0.00 |
| Administrative: | | 3,077.00 |
| Trustee Fee: | | 1,031.83 |
| Other Funds: | | 873.88 |
| Totals: | 20,083.45 | 20,083.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,077.00 | 3,077.00 |
| 2. | Southeast Anesthesia Consult | Unsecured | 115.07 | 115.07 |
| 3. | Capital One | Unsecured | 1,613.05 | 1,613.05 |
| 4. | Asset Acceptance | Unsecured | 276.99 | 276.99 |
| 5. | Seventh Avenue | Unsecured | 355.43 | 355.43 |
| 6. | Asset Acceptance | Unsecured | 1,014.95 | 1,014.95 |
| 7. | Figi's Inc. | Unsecured | 248.92 | 248.92 |
| 8. | Country Door | Unsecured | 184.69 | 184.69 |
| 9. | Ginny's | Unsecured | 287.63 | 287.63 |
| 10. | Swiss Colony | Unsecured | 2,267.26 | 2,267.26 |
| 11. | Monroe & Main | Unsecured | 308.25 | 308.25 |
| 12. | Capital One | Unsecured | 1,762.89 | 1,762.89 |
| 13. | Capital One | Unsecured | 393.20 | 393.20 |
| 14. | Midnight Velvet | Unsecured | 461.83 | 461.83 |
| 15. | Jefferson Capital | Unsecured | 5,407.74 | 5,407.74 |
| 16. | B-Line LLC | Unsecured | 402.84 | 402.84 |
| 17. | City of Chicago Ambulance | Unsecured | | No Claim Filed |
| 18. | One Click Cash | Unsecured | | No Claim Filed |
| 19. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 20. | Midland Funding | Unsecured | | No Claim Filed |
| 21. | Evergreen Med | Unsecured | | No Claim Filed |
| 22. | Advocate Trinity Hospital | Unsecured | | No Claim Filed |
| 23. | First Security Bank | Unsecured | | No Claim Filed |
| 24. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 25. | Pay Day OK | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Powe, Addie M | | Case Number: 06 B 05853 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 9/23/08 | | Filed: 5/22/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 27. | Sonic Payday | Unsecured | | No Claim Filed |
| 28. | The Friedell Clinic | Unsecured | | No Claim Filed |
| 29. | St Margaret Hospital | Unsecured | | No Claim Filed |
| 30. | US Fast Cash | Unsecured | | No Claim Filed |
| 31. | Union Auto Sales | Unsecured | | No Claim Filed |
| 32. | New York & Co | Unsecured | | No Claim Filed |

$ 18,177.74        $ 18,177.74

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 110.32 |
| 4.8% | 230.04 |
| 5.4% | 500.86 |
| 6.5% | 190.61 |

$ 1,031.83

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

